UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIC N MARTIN, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:23-CV-01815-X |
| SPHERE 3D CORP, et al., | § § § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal with Prejudice filed February 28, 2024, it is hereby **ORDERED** that this entire action be **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

**IT IS SO ORDERED** this 19th day of April, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE